UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

WILLIAM LEE WARNER,

        Plaintiff,
v.

CONDOTTE AMERICA INC.,

        Defendant.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

    Plaintiff, WILLIAM LEE WARNER, brings this action against Defendant, CONDOTTE AMERICA INC., pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff WILLIAM LEE WARNER was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, CONDOTTE AMERICA INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of construction projects, with constrction projects in Florida, Georgia, South Carolina, Virginia, Maryland, Delaware and other areas, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Plaintiff accepted employment and worked for Defendants as a foreman.

5.    Defendant intentionally did not pay Plaintiff the full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all hours worked over 40 each week.

6.    Defendant intentionally did not pay Plaintiff the full and proper minimum wages for all hours worked each week.

7.    Plaintiff has attached Statement of Claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

8.    Defendant knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

9.    Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

10.   Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

11.   Plaintiff reallege and incorporate the allegations set forth in paragraphs 1-10 above as if set forth herein in full.

12.   Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

13.   Plaintiff seeks recovery of damages as referenced above and further seek interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791