UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-61824-civ-Altonaga/O'Sullivan

WILLIAM LEE WARNER,

    Plaintiff,

v.

CONDOTTE AMERICA, INC.,

    Defendant.
_____/

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order in Actions Brought Under the Fair Labor Standards Act [DE 5] ("Order"), Plaintiff notifies the Court that today, August 26, 2016, Plaintiff served the Court's Order, Plaintiff's Statement of Claim [DE 1-3], and all supporting documents presently known and within Plaintiff's possession.

    Respectfully submitted,

    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316
    Phone: (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    _____
    Elliot Kozolchyk, Esq.
    Bar No.: 74791

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 26, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                        Respectfully submitted,

                                        Elliot Kozolchyk, Esq.

## SERVICE LIST

Alejandro Espino, BCS
Timothy D. Corwin, Esq.
*Counsel for Defendants*
Taylor Espino Vega & Touron, P.A.
55 Merrick Way, Suite 406
Coral Gables, Florida 33134
Boca Raton, FL 33431
Tel:   (305) 441-9355
Fax:   (305) 441-0051
E-mail: AEspino@tevtlaw.com, TCorwin@tevtlaw.com