**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  16-61824-CIV-ALTONAGA/O'Sullivan**

WILLIAM LEE WARNER,

      Plaintiff,

vs.

CONDOTTE AMERICA, INC.,

      Defendant.

_____/

**<u>DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM</u>**

      Defendant, CONDOTTE AMERICA, INC. ("Condotte"), pursuant to this Court's Order in Actions Brought Under the Fair Labor Standards Act [D.E. 5], files this Response to the Statement of Claim [D.E. 1-3] filed by WILLIAM LEE WARNER ("Plaintiff"), and in support thereof state as follows:

      1.     On August 4, 2016, this Court entered its Order in Actions Brought Under the Fair Labor Standards Act [D.E. 5], requiring Plaintiff to promptly serve a copy of the Order, his Statement of Claim, and copies of all supporting documents (including time sheets, pay stubs, etc.) upon counsel for Defendant once an appearance has been made.

      2.     On August 26, 2016, Plaintiff served Defendant with a copy of his Statement of Claim (the "Statement") [D.E. 1-3] and copies of documents Plaintiff alleges support his Statement.

      3.     In compliance with the Court's Order, Defendant files this response to the Statement and avers that it did not violate the Fair Labor Standards Act ("FLSA"), and Plaintiff is not entitled to any damages.

CASE NO.:  16-61824-CIV-ALTONAGA/O'Sullivan

4.      Plaintiff was paid on a salary basis in accordance with the requirements of the FLSA from October 19, 2015, until May 23, 2016. Regardless, despite being paid in accordance with the requirements of the FLSA, Plaintiff was at all times exempt from FLSA overtime and minimum wage requirements because he was employed in a bona fide executive or administrative capacity, as those terms are defined by the FLSA and Department of Labor.

5.      Additionally, Plaintiff has overstated the amount of his "average weekly hours worked" and the amount of his "hours worked" for "unpaid minimum wages," as set forth in his Statement, and Plaintiff has already received all of the compensation to which he is entitled. None of the documents produced by Plaintiff contain any evidence suggesting that Plaintiff worked more than 40 hours per week. Defendant further states that that Plaintiff is not entitled to liquidated damages because Defendant did not willfully or otherwise violate the FLSA, as they had reasonable grounds to believe they were not violating the FLSA.

6.      Defendant's documents supporting its defenses will be served on Plaintiff in accordance with the Court's Order.

7.      Defendant reserves the right to amend and/or supplement this response as discovery progresses.

CASE NO.:  16-61824-CIV-ALTONAGA/O'Sullivan

Respectfully submitted,

_/s/  Alejandro Espino_____

Alejandro Espino, BCS
Florida Bar No. 114431
Timothy D. Corwin
Florida Bar No. 68532
Taylor Espino Vega & Touron, P.A.
55 Merrick Way, Suite 406
Coral Gables, Florida 33134
Telephone: (305) 441-9355
Telefacsimile: (305) 441-0051
AEspino@tevtlaw.com
TCorwin@tevtlaw.com

*Attorneys for Condotte America, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September 2016, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that this document is being served this day on **Elliot Kozolchyk, Esq.**, Koz Law, P.A., 320 S.E. 9th Street, Fort Lauderdale, Florida 33316 via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   _/s/  Alejandro Espino_____

Alejandro Espino, BCS
Florida Bar No. 114431
Timothy D. Corwin
Florida Bar No. 68532
Taylor Espino Vega & Touron, P.A.
55 Merrick Way, Suite 406
Coral Gables, Florida 33134
Telephone: (305) 441-9355
Telefacsimile: (305) 441-0051
AEspino@tevtlaw.com
TCorwin@tevtlaw.com

*Attorneys for Condotte America, Inc.*