UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-61824-civ-Altonaga/O'Sullivan

WILLIAM LEE WARNER,

    Plaintiff,

vs.

CONDOTTE AMERICA, INC.,

    Defendant.
_____/

## NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

    Pursuant to Court's Order [DE 15], Plaintiff notifies the Court that the parties have agreed to mediate at 10:00 AM on Friday, December 16, 2016 at Esquire Solutions, 515 East Las Olas Blvd, Suite 1300, Fort Lauderdale, FL 33301 before Cindy Niad Hannah. The proposed order scheduling mediation is attached to this filing.

Dated September 28, 2016

                                           Respectfully submitted,

                                           Koz Law, P.A.
                                           320 S.E. 9th Street
                                           Fort Lauderdale, Florida 33316
                                           Phone: (786) 924-9929
                                           Fax: (786) 358-6071
                                           Email: ekoz@kozlawfirm.com

                                           _____
                                           Elliot Kozolchyk, Esq.
                                           Bar No.: 74791

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 28, 2016, with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                         Respectfully submitted,

                                         _____
                                         Elliot Kozolchyk, Esq.

**SERVICE LIST**

Alejandro Espino, BCS
Florida Bar No. 114431
Timothy D. Corwin
Florida Bar No. 68532
Taylor Espino Vega & Touron, P.A.
55 Merrick Way, Suite 406
Coral Gables, Florida 33134
Phone: (305) 441-9355
Fax: (305) 441-0051
Email: AEspino@tevtlaw.com
        TCorwin@tevtlaw.com